674

153 So. 923

### J. L. NEWELL v. STATE.
2 Div. 531.

Court of Appeals of Alabama.
Nov. 14, 1933.

Rehearing Denied March 6, 1934.

RICE, Judge.
Affirmed.

157 So. 921

### NEW YORK LIFE INSURANCE CO. v. Augustus L. MOORE.
4 Div. 119.

Court of Appeals of Alabama.
Nov. 20, 1934.

PER CURIAM.
Appeal dismissed on motion of appellant.

162 So. 925

### Charlie NICKOLES v. STATE.
6 Div. 716.

Court of Appeals of Alabama.
May 7, 1935.

Rehearing Denied June 28, 1935.

V. W. Elmore, of Gordo, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

152 So. 924

### W. B. NOBLITT v. STATE.
8 Div. 897.

Court of Appeals of Alabama.
Jan. 30, 1934.

RICE, Judge.
Affirmed.

153 So. 923

### W. B. NOBLITT v. STATE.
8 Div. 896.

Court of Appeals of Alabama.
March 6, 1934.

SAMFORD, Judge.
Affirmed.

153 So. 923

### W. B. NOBLITT v. STATE.
8 Div. 898.

Court of Appeals of Alabama.
March 6, 1934.

BRICKEN, Presiding Judge.
Affirmed.

157 So. 921

### Lynn, alias Lennie, NORRIS v. STATE.
4 Div. 96.

Court of Appeals of Alabama.
Nov. 20, 1934.

See, also, 149 So. 853.

RICE, Judge.
Affirmed.

157 So. 921

### Zebie NORRIS v. STATE.
4 Div. 97.

Court of Appeals of Alabama.
Nov. 13, 1934.

BRICKEN, Presiding Judge.
Affirmed.